UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

WEST-LOT LIMITED, NAOUSIS

                Plaintiff,      08 CV 11386

-v-

                **STATEMENT PURSUANT**
LOGISTICA HOLDING LTD, LOGISTICA    **TO F.R.C.P 7.1**
HOLDING LTD, GENEVA BRANCH, and
EGYPTIAN TRADERS CO.

                Defendants.
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, WEST-LOT LIMITED, NAOUSIS, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
       December 31, 2008

                          CHALOS & CO, P.C.
                          Attorneys for Plaintiff
                          WEST-LOT LIMITED, NAOUSIS

        By:   _____
                          George M. Chalos (GC-8693)
                          123 South Street
                          Oyster Bay, New York 11771
                          Tel: (516) 714-4300
                          Fax: (866) 702-4577
                          Email: gmc@chaloslaw.com